UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>        Plaintiff,<br><br>    v.<br><br>SOK et al.,<br><br>        Defendants. | Case No. 1:25-cv-01947-BAM<br><br>**ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED <u>IN</u> <u>FORMA</u> <u>PAUPERIS</u>**<br><br>(Doc. 2)<br><br>**TWENTY-ONE DAY DEADLINE** |

      Plaintiff Ruben Herrera ("Plaintiff"), proceeding *pro se*, filed this civil action bringing claims for (1) legal malpractice/professional negligence, (2) breach of fiduciary duty, (3) constructive fraud (concealment), (4) intentional infliction of emotional distress, (5) negligence infliction of emotional distress, and (6) violation of Business & Professions Code § 17200 (unlawful and unfair acts). (Doc. 1.) Plaintiff also filed an application seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) However, the application was not complete, and Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

      Plaintiff leaves the section relating to his gross pay or wages as blank. (Doc. 2 at 1.) Plaintiff also leaves Item 8 ("Any debts or financial obligations") blank. (*Id.* at 2.) If Plaintiff

1

has no gross pay, wages, debts, or financial obligations to report, he is instructed to fill in a zero or indicate "None" where applicable.

Having considered the application, the Court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:  **December 23, 2025**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2