UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA, | Case No.  1:25-cv-01947-FRS |
| Plaintiff, | **ORDER GRANTING PLAINITFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS** |
| v. | |
| SOK et al., | (Doc. 4) |
| Defendants. | |

Plaintiff Ruben Herrera ("Plaintiff"), proceeding pro se, filed this action on December 19, 2025.  (Doc. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.)  On December 23, 2025, the Court ordered Plaintiff to file a long form application to proceed in forma pauperis or, in the alternative, pay the $405.00 filing fee to proceed with this action.  (Doc. 3.)  On January 5, 2026, Plaintiff filed a long form application to proceed in forma pauperis.  (Doc. 4.)  The Court has reviewed Plaintiff's application to proceed in forma pauperis and has determined that Plaintiff has made the showing required by section 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

Plaintiff is advised that the Court is required to screen complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2).  The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or

1

malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B).

As a result, no summons will issue at this time.  The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendant.  The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated:    **January 10, 2026**                    /s/ *Eric P. Grosj*
                                                    UNITED STATES MAGISTRATE JUDGE

2